# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN MARKS,<br>       Plaintiff,<br><br>       v.<br><br>SAWYER AVIATION, LLC,<br>       Defendant. | CV 20-2854 DSF (GJSx)<br><br>Order to Show Cause re Remand for Lack of Subject Matter Jurisdiction |

    Defendant removed this case to this Court on the basis of diversity jurisdiction. However, despite stating the correct rule for the citizenship of limited liability companies, the citizenship of the Defendant is not properly pleaded. See Johnson v. Columbia Props. Anchorage, LP, 437 F.3d 894, 899 (9th Cir. 2006) (limited liability company is a citizen of the states of which each of its members is a citizen). Therefore, Defendant is ordered to file an amended notice of removal no later than April 13, 2020 correcting the jurisdictional allegations. Failure to allege subject matter jurisdiction adequately will result in the case being remanded.

    IT IS SO ORDERED.

Date: March 30, 2020

_____
Dale S. Fischer
United States District Judge