JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN MARKS, an individual<br><br>Plaintiff,<br><br>v.<br><br>SAWYER AVIATION, LLC; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-02854-DSF-GJS<br><br>*[Assigned for All Purposes to Judge Dale S. Fischer/Magistrate Judge Gail J. Standish]*<br><br>**ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>**FED. R. CIV. P 41(a)(1)**<br><br>Action Filed: February 4, 2020<br>Action Removed: March 26, 2020 |

**ORDER**

The Court hereby orders that the request of the Parties to Dissmiss Case in its entirety pursuant to Federal Rules of Civil Procedure 41(a) or (c) is hereby:

IT IS SO ORDERED.

DATED: March 15, 2021

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

.

**ORDER STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**

1